**Henry Wardein and Henry J. Wardein, Jr., plaintiffs in error, v. Euphrasia D. Quintal, defendant in error.**

Action for personal injuries from automobile collision. Judgment for plaintiff. See 244 Ill. App. 664. Error to the City Court of Alton; the Hon. L. D. Yager, Judge, presiding. Heard in this court at the October term, 1927. Affirmed. Opinion filed January 20, 1928.

J. P. Streuber, for plaintiffs in error. Wm. P. Boynton, for defendant in error.

Mr. Justice Wolfe delivered the opinion of the court.

---

**James F. Moore, appellee, v. East St. Louis & Suburban Railway Company, appellant.**

Action for injuries to driver of automobile colliding with electric interurban car. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. Silas Cook, Judge, presiding. Heard in this court at the October term, 1927. Reversed and cause remanded. Opinion filed January 20, 1928.

McGlynn & McGlynn, for appellant. Farthing & Farthing, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

---

**Plato McCourtney, plaintiff in error, v. Levi Billington et al., defendants in error.**

Suit to foreclose mortgage on real estate. Judgment for defendants. Error to the Circuit Court of Pope county; the Hon. A. E. Somers, Judge, presiding. Heard in this court at the October term, 1927. Affirmed. Opinion filed January 20, 1928.

Noah Gullett, for plaintiff in error. B. F. Anderson and John W. Browning, for defendants in error.

Mr. Justice Wolfe delivered the opinion of the court.

---

**S. E. Phelan, appellee, v. Zwick Mercantile Company, appellant.**

Assumpsit for damage from breach of employment contract. Judgment for plaintiff. Appeal from the Circuit Court of Franklin county; the Hon. J. C. Kern, Judge, presiding. Heard in this court at the October term, 1927. Reversed and cause remanded. Opinion filed January 20, 1928.

H. F. Knox, for appellant. Hart & Hart, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

---

**The First National Bank of Tamaroa, Illinois, appellant, v. D. D. Hickman et al., appellees.**

Creditor's bill in aid of execution. Dismissed for want of equity. Appeal from the Circuit Court of Perry county; the Hon. Henry G. Miller, Judge, presiding. Heard in this court at the October term, 1927. Affirmed. Opinion filed January 20, 1928.

H. H. Kimmel, for appellant. W. O. Edwards, for appellees.

Mr. Justice Wolfe delivered the opinion of the court.